UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KRAMER,<br><br>    Plaintiff,<br><br>v.<br><br>NO ON 23 – STOP THE DANGEROUS & COSTLY DIALYSIS PROPOSITION, A COALITION OF DIALYSIS PROVIDERS, NURSES, DOCTORS, AND PATIENTS; THOMAS HILTACHK; ASHLEE TITUS; NATHAN ELIAS; JEREMY VAN HASELEN; DAVITA; FRESENIUS MEDICAL CARE AG AND CO; FRESENIUS MEDICAL CARE NORTH AMERICA HOLDINGS LIMITED PARTNERSHIP; TARGET ENTERPRISES LLC; BASK DIGITAL MEDIA LLC; WINNER & MANDABACH CAMPAIGNS; CHRIS MOTTOLA CONSULTING INC; CARL COSTAS PRODUCTIONS; and JANET GROSS,<br><br>    Defendants. | CASE NO: 2:20-cv-09494 DSF (KSx)<br>*Assigned to the Hon. Dale S. Fischer*<br><br>**STIPULATED ORDER OF DISMISSAL**<br><br>Action Filed:     October 16, 2020 |

This cause coming to be heard by request of the Plaintiff and Defendant No On 23, et al., pursuant to settlement, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The above captioned case is hereby dismissed with prejudice;

2. This Court shall retain jurisdiction of this matter solely for the purposes of enforcing the terms of the settlement agreement between Plaintiff and No On 23, et al., dated November 13, 2020; and

3. Each party to the settlement agreement shall be responsible for its own costs and attorneys' fees in connection with the above-captioned case.

IT IS SO ORDERED.

Dated: November 23, 2020          By: *Dale S. Fischer*
                                  The Honorable Dale S. Fischer
                                  United States District Judge